NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL WINSTON,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5093

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-232, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**O R D E R**

Michael Winston moves for leave to proceed in forma pauperis and for an extension of time to file that motion.

Winston is incarcerated. Pursuant to the Prisoner Litigation Reform Act of 1995, this court may not authorize the prosecution of an appeal by a prisoner without the prepayment of fees. 28 U.S.C. § 1915. A prisoner is no

longer afforded the alternative of proceeding without payment of filing fees, but must, in time, pay the $450 filing fee in its entirety. When funds exist, an initial partial payment must be made consisting of 20% of the greater of (a) the average monthly deposits to the prisoner's account or (b) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the notice of appeal. 28 U.S.C. § 1915(b)(1). Thereafter, the prisoner is required to make monthly payments of 20% of the preceding month's income credited to the prisoner's account. 28 U.S.C. § 1915(b)(2). The agency with custody of the prisoner must forward payments from the prisoner's account each time the amount in the account exceeds $10 until the $450 filing fee is paid in full. *Id.*

By separate letter, the custodian of Winston's prison account is being directed to make the necessary arrangements to forward the filing fee to the court.

Accordingly,

IT IS ORDERED THAT

(1) Winston's motion to proceed in forma pauperis is denied.

(2) Winston's motion for an extension of time is granted.

| | FOR THE COURT |
|---|---|
| **AUG 1 9 2011** | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc: Michael Winston
     James P. Connor, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 9 2011

JAN HORBALY
CLERK